## THE BALTES LAND, STONE AND OIL COMPANY v. SPAULDING.

[No. 3,461.   Filed November 20, 1901.   Rehearing denied March 31, 1903.]

From Blackford Circuit Court; *A. N. Martin*, Special Judge.

Action by Ira B. Spaulding against the Baltes Land, Stone & Oil Company. From a judgment for plaintiff, defendant appeals. *Affirmed*.

*S. W. Cantwell, L. B. Simmons, R. B. Dreibelbiss, Wilmer Leonard* and *Elmer Leonard*, for appellant.

*Elisha Pierce, J. A. Bonham, J. S. Dailey, Abram Simmons* and *F. C. Dailey*, for appellee.

PER CURIAM.—The judgment of the trial court is affirmed. No opinion.